Tessy L. BELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 72038.

Missouri Court of Appeals, Western District.

Feb. 15, 2011.

Susan L. Hogan, Kansas City, MO, for Appellant.

Jayne T. Woods, Jefferson City, MO, for Respondent.

Before CYNTHIA L. MARTIN, P.J., JAMES EDWARD WELSH, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Tessy L. Bell appeals the circuit court's judgment denying his Rule 29.15 motion

for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).